**Albert C. Whitman, appellee, v. Kirk & Company, appellant. Gen. No. 26,608.**

Action for personal injuries to a railroad employee switching cars on or near premises of defendant. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 7, 1922. Rehearing denied March 27, 1922.

Moloney & Postelnek, Cutting, Moore & Sidley and Wilkerson, Cassels, Potter & Gilbert, for appellant; Ralph F. Potter and E. C. Austin, of counsel. Thomas J. Symmes and Morse Ives, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**Elizabeth Penshorn, appellee, v. Rudolph Lowy and Harry Rubloff, trading as Rudolph Lowy & Company, on appeal of Harry Rubloff, appellant. Gen. No. 26,625.**

Action to recover rent due under a lease. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

Blum, Wolfsohn & Blum, for appellant; Isadore Wolfsohn and Harry J. Fireman, of counsel. Auw & Zahn, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**Fred Heller, appellee, v. North American Union, appellant. Gen. No. 26,832.**

Action on a certificate of insurance on the life of plaintiff's wife. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. McSurely, J., dissenting. Opinion filed March 7, 1922.

Daniel S. Wentworth and David B. Maloney, for appellant. T. Fred Laramie, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**Bernice Brewer, by James S. Deming, appellee, v. Nicholas H. Halvorsen and John F. Jelke Company, appellants. Gen. No. 26,312.**

Action for personal injuries against the owner and driver of an automobile which struck plaintiff. Judgment against both defendants. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

Alfred Roy Hulbert, for appellants. Charles C. Spencer and Arthur A. House, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Mabel I. Varges, appellee, v. Reinhold Klar, appellant. Gen. No. 26,343.**

Action for conversion of a fur cape left with defendant for alteration. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922. Rehearing denied March 20, 1922.

Carl Strover, for appellant. Charles N. French, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Jacob Rozkorcinski, plaintiff in error. Gen. No. 26,351.

Prosecution for obtaining money by false pretenses. Defendant found guilty and sentenced. Error to the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed March 7, 1922.

M. L. Carmody, for plaintiff in error. Robert E. Crowe, for defendant in error; Edward E. Wilson, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Murray Walbach, appellee, v. Effie B. Taylor, appellant. Gen. No. 26,377.

Action of forcible detainer. Judgment for plaintiff on an instructed verdict. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in this court at the October term, 1920. Reversed. Opinion filed March 7, 1922.

Scott Millar, for appellant; Kenneth M. Fiske, of counsel. Adams & White, for appellee; B. F. Richolson, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Jacob Foltz, appellee, v. North American Brewing Company, appellant. Gen. No. 26,395.

Action to recover damages for breach of a contract to sell plaintiff a quantity of beer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

Winston & Lowy, for appellant; Lambert & Mayer, of counsel. Gustav E. Beerly, for appellee; Ellis S. Chesbrough, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Otto L. Pitsch, appellant, v. Continental & Commercial National Bank of Chicago, appellee. Gen. No. 26,416.

Suit for an accounting. Bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

John W. Ellis and Albert E. Beath, for appellant; Charles A. Williams, of counsel. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Maud Gray, appellee, v. Case & Martin Company, appellant. Gen. No. 26,439.

Action for damages for personal injuries to plaintiff by being struck by defendant's motor truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. William F. Cooper, Judge, presiding. Heard in this court at the October term,